D/F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEDRO MARTINEZ, individually and as the representative of a class of similarly situated persons, <br><br> Plaintiff, <br><br> – against – <br><br> TB12, INC., <br><br> Defendant. | ECF Case <br><br> 1:19-cv-1928-NGG-JO <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Pedro Martinez and defendant TB12, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

ACTIVE\53784909.v1

Dated: Brooklyn, New York
June 7, 2019

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
44 Court Street, Suite 1217
Brooklyn, New York 11201
Telephone: (917) 373-9128
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

By: _____
Rebecca M. McCloskey, Esq.
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-6893
Email: Rebecca.mccloskey@jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED: s/Nicholas G. Garaufis
6/10/19